No. 81–6673.  OCCHINO v. NORTHWESTERN BELL TELEPHONE CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 81–6684.  VAN ORMAN v. FIRST NATIONAL BANK OF SOUTH CENTRAL MICHIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–6685.  WILLIAMS v. PEPSI-COLA BOTTLING COMPANY OF ST. LOUIS, MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 81–6696.  CARDENAS v. CANALE.  C. A. 5th Cir.  Certiorari denied.

No. 81–6698.  CROSS v. CITY OF TULSA.  C. A. 10th Cir.  Certiorari denied.

No. 81–6721.  CAMOSCIO v. MASSACHUSETTS BOARD OF REGISTRATION IN PODIATRY ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 81–6730.  QUITIQUIT v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 81–6748.  JEFFERS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–6750.  JOHNSTON v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–6757.  CARRIER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–6767.  BUSSEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–6786.  BARNEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.